JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiff,<br><br>   v.<br><br>KCM HAMBURGER, LLC; and DOES 1-10,<br><br>        Defendants. | Case No. CV 20-2017 PA (Ex)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's May 7, 2020 Minute Order granting the Motion to Dismiss filed by defendant KCM Hamburger, LLC ("Defendant"), and dismiss the Complaint filed by plaintiff Brian Whitaker ("Plaintiff") without leave to amend and without prejudice, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiff is dismissed without prejudice.

It is further ORDERED, ADJUDGED, AND DECREED that Defendant shall have its costs of suit.

DATED: May 7, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE